# Robert John Ellis, jr. & Associates
ATTORNEYS AND COUNSELLORS AT LAW

C/M

*Application granted. The Court's case manager has been in telephone contact with Mr. Ellis, who is out of the country. Since the Court will be unavailable from ~~August~~ July 29, 2005 & through August 22, 2005, Mr. Ellis consents to the status conference being adjourned until Friday, August 26, 2005 at 11:00 AM. Mr. Ellis is unable to submit a letter to that effect as he is out of the country. Time is excluded on consent and in the interest of justice between 7/29/05 and 8/26/05. Upon return to the United States Mr. Ellis is directed to confirm receipt of this order in writing to the Court.*

*SO ORDERED.*
*August 1, 2005*
*Hon. Dora L. Irizarry*
*USDJ*

July 29, 2005

Judge Dora L. Irrizary
US District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re: US v. Jerry Benoit
Docket No. 05-CR-541 (DLI)

Dear Judge Irrizary:

I have today been retained by the family of Jerry Benoit, the defendant in the above matter. I have been apprised by prior counsel that the Court has scheduled a status conference on this matter for Wednesday August 3, 2005. Unfortunately, I cannot appear at that time due to a previously scheduled matter in another jurisdiction. I therefore respectfully request that the Court adjourn this matter to either August 9, 10, or 11, 2005, or thereafter. I have contacted my adversary, AUSA Abigail Evans, who has indicated that she consents to my request. Additionally, I have consulted with my client, and we agree to waive the speedy trial time through the next adjourned date, as set by the Court.

I thank the Court for its consideration of this request.

Respectfully,

ROBERT ELLIS
Direct Dial: 212.586.6116
Facsimile: 212.586.2727
Email: RJEandAssoc@earthlink.net

cc: Ms. Abigail W. Evans, AUSA (c/o AUSA Niendo)

1650 Broadway at W. 51st Street, Suite 609 • New York, New York 10019 • (212) 586-1300